UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 19-61436-CIV-ALTMAN

CERTAIN UNDERWRITERS AT LLOYD'S
OF LONDON SUBSCRIBING TO
POLICY NO. FD000507,

      Petitioner,
v.

PETER SOTIS, individually, and
INTERNATIONAL ASSOCIATION OF
NITROX DIVERS, INC. d/b/a IANTD,
d/b/a IAND, INC., d/b/a IANTD WORLD
HEADQUARTERS, a Florida Corporation, and
SANDRA STEWART, as Personal Representative
of the Estate of ROBERT STEWART,

      Respondents.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF PETER SOTIS AND INTERNATIONAL ASSOCIATION OF NITROX DIVERS, INC

Petitioner, Certain Underwriters at Lloyd's of London Subscribing to Policy No. FD000507, pursuant to Fed. R. Civ. P. 41 (a) (1) (A) (i), by and through their undersigned counsel, hereby files this Notice of this Voluntary Dismissal without Prejudice of PETER SOTIS, individually, and, INTERNATIONAL ASSOCIATION OF NITROX DIVERS, INC. d/b/a IANTD, d/b/a IAND, INC., d/b/a IANTD WORLD HEADQUARTERS, with each party to bear its own costs and fees.

Respectfully submitted,

/s/ Krista Fowler Acuña
Krista Fowler Acuña
Florida Bar No. 650791
kacuna@hamiltonmillerlaw.com
Jason B. Bloom
Florida Bar No. 89772
jbloom@hamiltonmillerlaw.com
HAMILTON, MILLER & BIRTHISEL, LLP
Attorneys for Petitioner
150 Southeast Second Avenue, Suite 1200

CASE NO.: 1:18-cv-22694-DPG

Miami, Florida 33131-2332
Telephone: 305-379-3686
Facsimile: 305-379-3690

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 16, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of Electronic Filing.

/s/ Krista Fowler Acuña
Krista Fowler Acuña

CASE NO.: 1:18-cv-22694-DPG

## SERVICE LIST

Kelsey K. Black, Esq.
Black Law P.A.
1401 E Broward Blvd.,
Suite 204
For Laudedale, Florida 33301
Telephone:   954-320-6220
kelsey@kkbpa.com
paralegal@kkbpa.com
***Attorneys for International
Association of Nitrox Drivers***

James C. Blake, Esq.
The Haggard Law Firm, P.A.
330 Alhambra Circle
First Floor
Coral Gables, Florida 333134
Telephone:  305-446-5700
Facsimile:    305-446-1154
jcb@haggardlawfirm.com
jcblecke@bellsouth.net
***Attorneys for Respondent Sandra
Stewart***

Krista Fowler Acuña, Esq.
Fla. Bar No. 650791
kacuna@hamiltonmillerlaw.com
Jason B. Bloom, Esq.
Florida Bar No. 89772
jbloom@hamiltonmillerlaw.com
Hamilton, Miller & Birthisel, LLP
150 S.E. Second Avenue, Suite 1200
Miami, Florida 33131
Telephone:   305-379-3686
Facsimile:     305-379-3690
***Attorneys for Petitioner***

**VIA US MAIL& EMAIL**
Peter Sotis
2865 N. Clearbrook Circle
Delray Beach, FL 33445
PSO564@aol.com

Cc:  Neil Bayer, Esq.
(Neil@CJCLaw.com)
Chase Jansson, Esq.
(Chase@CJCLaw.com)